UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JON PALMESANO,

        Plaintiff,

   v.

PENTAGROUP FINANCIAL, LLC,

        Defendant.

Civil Action No. 10-cv-648

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jon Palmesano, hereby voluntarily dismisses this action against Defendant Pentagroup Financial, LLC, with prejudice.

DATED: 12/9/2010

_(signature)_

Amanda R. Jordan, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884